Attorneys for Plaintiff Dale P. Kimm
Larry Helvey Law Firm
2735 First Ave. SE, Suite 101, Cedar Rapids, IA 52403
(319) 362-0421

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Case Specific No.: 3:06-cv-05946 <br><br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| Dale P. Kimm, <br><br>                Plaintiff, <br><br>       vs. <br><br> Pfizer Inc, et al., <br><br>              Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Dale P. Kimm and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED:  August 6, 2009    By:_____
                                  Larry Helvey Law Firm
                                  2735 First Ave. SE, Suite 101, Cedar Rapids, Iowa 52403
                                  (319) 362-0421
                                  Attorneys for Plaintiff, Dale P. Kimm

-1-

1    DATED: Aug 18 , 2009      By: _____

2
3                              DLA PIPER LLP (US)
                               1251 Avenue of the Americas
                               New York, NY 10020
4                              Telephone:  (212) 335-4500
                               Facsimile:  (212) 335-4501
5                              *Defendants' Liaison Counsel*

6

7

8
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: AUG 1 9 2009

12                              Hon. Charles R. Breyer
                               United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE